## STATE OF CONNETICUT *v.* CYRUS TAHERI

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 147 (AC 13821), is denied.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Frederick W. Fawcett*, assistant state's attorney, in opposition.

Decided July 1, 1996

## SACHEM ENTERPRISES *v.* SOUTHERN CONNECTICUT GAS COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 161 (AC 14059), is denied.

*George D. Royster, Jr., Harris B. Appelman* and *Daniel P. Scapellati*, in support of the petition.

*Steven J. Errante*, in opposition.

Decided July 1, 1996

## STATE OF CONNECTICUT *v.* CHARLES COLEMAN

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 255 (AC 12812), is granted, limited to the following isssues: